Clifford R. Horner, Esq., State Bar No. 154353
Brendan J. Dooley, Esq., State Bar Box. 162880
Paymon Hifai, Esq., State Bar No. 306133
**HORNER LAW GROUP, PC**
800 S. Broadway., Suite 200
Walnut Creek, California 94596
Telephone: (925) 943-6570
Facsimile: (925) 943-6888

Attorneys for Plaintiff,
VAHE TASHJIAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHE TASHJIAN, an individual, | Case No. 5:19-cv-01536-EJD |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME FOR THE PARTIES TO COMPLETE ALERNATIVE DISPUTE RESOLUTION AND CONTINUE DISCOVERY DATES** |
| INVICTUS RESIDENTIAL POOLER – 2A, a Delaware company, RECOVCO MORTGAGE MANAGEMENT, LLC, a Delaware limited liability company; SPROUT MORTGAGE CORPORATION, a Delaware corporation, SPECIALIZED LOAN SERVICING LLC a Delaware limited liability company; NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company; EQUIFAX INC., a Georgia corporation; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, TRANSUNION CORP., a Delaware corporation; and DOES 1 - 100, | Complaint Filed: March 11, 2019<br>Removed: March 25, 2019<br>Trial Date: None set |
| Defendants. | |

///

///

///

///

///

///

///

1  Plaintiff Vahe Tashjian ("Plaintiff") and defendants Specialized Loan Servicing LLC,
2  NewRez LLC fka New Penn Financial, LLC dba Shellpoint Mortgage Servicing, Invictus
3  Residential Pooler Trust 2A, and Recovco Mortgage Management LLC ("Defendants") (collectively,
4  the "Parties") hereby request an order extending the November 18, 2020 cutoff date to complete
5  alternative dispute resolution ("ADR") and other case-related dates by approximately 90 days based
6  upon the following facts:

On November 21, 2019, this Court entered an order for the Parties to complete a settlement conference with a magistrate judge by June 30, 2020 and other deadlines;

On June 24, 2020, in advance of a Case Management Conference, the Parties submitted a Stipulation to Continue ADR and Other Deadlines which the Court approved on June 25, 2020 to continue certain dates in this Action.

On September 17, 2020, this Court granted the Parties' Stipulation to continue ADR completion from September 30, 2020 to November 18, 2020.

This litigation, including discovery, has been delayed by the coronavirus outbreak due work at home and stay at home orders as well as the ability to meaningfully conduct certain discovery – specifically, now, as set forth below, Plaintiff's counsel's recent Covid-19 diagnosis.

Plaintiff has recently dismissed the credit reporting agency defendants, narrowing the parties and issues in this lawsuit.

However, Plaintiff's counsel and his family unfortunately, contracted Covid-19 recently and as such, has also been unable to work for a significant amount of time, causing further delays in this matter.

The Parties respectfully request an additional consideration to continue deadlines in this Action an additional 90 days.

Trial has not been set in this matter. Continuing the ADR cutoff or discovery related dates will have allow for the Parties to account for delays related to the Covid-19 pandemic including Plaintiff's counsel's recent unavailability due to his Covid-19 diagnosis. Given the fact that no trial date has been set, Plaintiff's counsel understands that the brief continuance may not impact the Court's calendar.

**HORNER LAW GROUP, PC**
800 S. Broadway, Suite 200
Walnut Creek, California 94596

The Parties have met and conferred regarding this Stipulation. No party, including any Defendants, objects to the requested continuances or anticipates any further continuances. All Parties stipulate and agree to the following proposed deadlines:

| Event | Current Deadline | Proposed Stipulated Deadline |
|---|---|---|
| Settlement Conference to Be Completed | November 18, 2020 | February 18, 2021 |
| Joint Trial Setting Conference Statement | November 9, 2020 | February 23, 2021 |
| Trial Setting Conference | November 19, 2020 | March 9, 2021 |
| Fact Discovery Cutoff | December 22, 2020 | March 22, 2021 |
| Designation of Opening Experts with Reports | October 22, 2020 | January 22, 2021 |
| Designation of Rebuttal Experts with Reports | November 19, 2020 | February 19, 2021 |
| Expert Discovery Cutoff | December 31, 2020 | March 31, 2021 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | February 16, 2021 | May 17, 2021 |
| Hearing on Anticipated Dispositive Motion(s) | April 8, 2021 | August 9, 2021 |

DATED: November 9, 2020.　　　　YU | MOHANDESI LLP

　　　　By　/s/ *Pavel Ekmekchyan*
　　　　　　Jordan S. Yu
　　　　　　Pavel Ekmekchyan
　　　　　　Attorneys for Defendant
　　　　　　Specialized Loan Servicing LLC; NewRez LLC fka New Penn Financial, LLC dba Shellpoint Mortgage Servicing; and Invictus Residential Pooler Trust 2A (erroneously sued as Invictus Residential Pooler – 2A)

DATED: November 9, 2020.　　　　BLANK ROME LLP

　　　　By　/s/ *Erika Schulz*
　　　　　　Michael Iannucci
　　　　　　Erika Schulz
　　　　　　Attorneys for Defendant
　　　　　　Recovco Mortgage Management, LLC

HORNER LAW GROUP, PC
800 S. Broadway, Suite 200
Walnut Creek, California 94596

DATED: November 9, 2020.    HORNER LAW GROUP, P.C.

By  /s/
    Brendan John Dooley
    Clifford R. Horner
    Paymon Hifai
    Attorneys for Plaintiff
    Vahe Tashjian

**CERTIFICATE OF SERVICE**

I certify that on November 9, 2020, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: November 9, 2020.     HORNER LAW GROUP, P.C.

By /s/
Brendan John Dooley
Clifford R. Horner
Paymon Hifai
Attorneys for Plaintiff
Vahe Tashjian

HORNER LAW GROUP, PC
800 S. Broadway, Suite 200
Walnut Creek, California 94596