1 | Sarah Shapero (Bar No. 281748)
2 | SHAPERO LAW FIRM
   | One Market, Spear Tower, 36th Floor
3 | San Francisco, California 94105
   | Telephone:   (415) 293-7995
4 | Facsimile:    (415) 358-4116
5 
   | Attorney for Plaintiff,
6 | VAHE TASHJIAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| VAHE TASHJIAN, an individual, | Case No.: 5:19-cv-01536-EJD |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER PERMITTING SUBSTITUTION OF ATTORNEY** |
| v. | |
| INVICTUS RESIDENTIAL POOLER-2A, a Delaware company, et al. | |
| Defendant | |

The Court, having received Plaintiff's Motion for Substitution of Attorney, and for good cause shown, hereby grants Plaintiff's Motion for Substitution of Attorney pursuant to Civil L.R. 11-5. All communications to Plaintiffs in this case shall be directed to Plaintiffs' counsel at:

>   Sarah Shapero (Bar No. 281748)
>   SHAPERO LAW FIRM
>   One Market, Spear Tower, 36th Floor
>   San Francisco, California 94105
>   Telephone:   (415) 293-7995
>   Facsimile:   (415) 358-4116

IT IS SO ORDERED.

DATED:

_____
UNITED STATES DISTRICT COURT JUDGE