Sarah Shapero (Bar No. 286748)
SHAPERO LAW FIRM, PC
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone:   (415) 293-7995
Facsimile:   (415) 358-4116

Attorney for Plaintiff,
SHOUSHAN P. TASHJIAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHE TASHJIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INVICTUS RESIDENTIAL POOLER – 2A, A DELAWARE COMPANY, RECOVCO MORTGAGE MANAGEMENT, LLC, A DELAWARE LIMITED LIABILITY COMPANY; SPROUT MORTGAGE CORPORATION, A DELAWARE CORPORATION, SPECIALIZED LOAN SERVICING LLC A DELAWARE LIMITED LIABILITY COMPANY; NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE SERVICING, A DELAWARE LIMITED LIABILITY COMPANY; ET AL.<br><br>Defendants | Case No. 5:19-cv-01536-EJD<br>Case No. 5:20-cv-08816-EJD<br><br>**[PROPOSED] ORDER** |

This matter is before the Court pursuant to Plaintiff Vahe Tashjian's Ex Parte Application for an Order Directing Depositions to Proceed Remotely.

Having considered the documents filed in support of and in opposition to the Ex Parte application, including Plaintiff's declarations and exhibits, the argument of counsel, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Application for an Order Directing Depositions to Proceed Remotely is GRANTED. The depositions of Vahe Tashjian and 18771 Homestead Road, LLC c/o Vahe Tashjian, both scheduled for February 16, 2022 shall take place remotely.

**IT IS SO ORDERED.**

Dated: February 10, 2022

_____
Hon. Susan van Keulen
UNITED STATES MAGISTRATE JUDGE