Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM, PC
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone: (415)273-3504
Facsimile: (415) 358-4116

Attorney for Plaintiff,
VAHE TASHJIAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHE TASHJIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INVICTUS RESIDENTIAL POOLER – 2A, a Delaware company, RECOVCO MORTGAGE MANAGEMENT, LLC, a Delaware limited liability company; SPROUT MORTGAGE CORPORATION, a Delaware corporation, SPECIALIZED LOAN SERVICING LLC a Delaware limited liability company; NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company; et al.<br>Defendant | Case No. 5:19-cv-01536-EJD<br>Case No. 5:20-cv-08816-EJD<br><br>**JOINT STIPULATION TO CONTINUE DATES** |

Plaintiff Vahe Tashjian ("Plaintiff") and Defendants Recovco Mortgage Management, LLC ("Recovco"), Sprout Mortgage Corporation ("Sprout"), Planet Home Lending, LLC ("Planet Home"), Specialized Loan Servicing LLC ("SLS"), Prestige Default Services, LLC, Invictus Residential Pooler Trust 2A ("Invictus"), and NewRez LLC fka New Penn Financial, LLC dba Shellpoint Mortgage Servicing ("Shellpoint") jointly submit this Joint Stipulation, pursuant to Docket Entry 117:

The Parties request continuance of and/or propose that Court set the following case deadlines:

1. Fact Discovery Cut-Off: May 17, 2022
2. Opening Expert Designation: May 31, 2022
3. Rebuttal Expert Designation: July 1, 2022
4. Expert Discovery Cut-Off: July 31, 2022
5. Dispositive Motion Cut-Off: August 15, 2022
6. Anticipated Hearing on Dispositive Motions: October 2022
7. Trial: December 2022 or another date thereafter that is convenient for the Court's calendar.

DATED: February 10, 2022   YU | MOHANDESI LLP

By: */s/Sara Stratton*
    Sara Stratton
    Attorneys for Defendants
    Specialized Loan Servicing LLC
    NewRez LLC fka New Penn Financial LLC
    dba Shellpoint Mortgage Servicing; and
    Invictus Residential Pooler Trust 2A

DATED: February 10, 2022   SHAPERO LAW FIRM

By: */s/ Sarah Shapero*
    Sarah Shapero
    Attorneys for Plaintiff
    Vahe Tashjian

DATED: February 10, 2022   BLANK ROME LLP

By: */s/ Michael Iannucci*
    Michael Iannucci
    Nicole Metral
    Attorneys for Defendants
    Recovco Mortgage Management, LLC, Planet Home Lending, LLC, and Sprout Mortgage Corp.