Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM, PC
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone: (415)273-3504
Facsimile: (415) 358-4116

Attorney for Plaintiff,
VAHE TASHJIAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHE TASHJIAN, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>INVICTUS RESIDENTIAL POOLER – 2A, a Delaware company, RECOVCO MORTGAGE MANAGEMENT, LLC, a Delaware limited liability company; SPROUT MORTGAGE CORPORATION, a Delaware corporation, SPECIALIZED LOAN SERVICING LLC a Delaware limited liability company; NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company; et al.<br>    Defendant | Case No. 5:19-cv-01536-EJD<br>Case No. 5:20-cv-08816-EJD<br><br>**[PROPOSED] ORDER** |

The Court, having read and considered the Joint Stipulation to Continue Dates, and good cause appearing, finds:

Parties Joint Stipulation to Continue Dates is GRANTED.

ACCORDINGLY, IT IS ORDERED:

1. Fact Discovery Cut-Off: May 17, 2022

2. Opening Expert Designation: May 31, 2022

3. Rebuttal Expert Designation: July 1, 2022

4. Expert Discovery Cut-Off: July 31, 2022

5. Dispositive Motion Cut-Off: August 15, 2022

6. Anticipated Hearing on Dispositive Motions: October 2022

7. Trial: December 2022 or another date thereafter that is convenient for the Court's calendar.

Dated: February 11, 2022

Hon. Edward J. Davila
U.S. District Court Judge