1  Sarah Shapero (Bar No. 281748)
   SHAPERO LAW FIRM, PC
2  100 Pine St., Ste. 530
   San Francisco, California 94111
3  Telephone:  (415) 273-3504
   Facsimile:   (415) 358-4116

4  Attorney for Plaintiff,
   SHOUSHAN P. TASHJIAN
5

6
                    UNITED STATES DISTRICT COURT
7
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  | VAHE TASHJIAN, an individual, | Case No. 5:19-cv-01536-EJD |
   |---|---|
   | Plaintiff, | Case No. 5:20-cv-08816-EJD |
   | v. | **PLAINTIFF'S NOTICE OF POSTING BOND** |
   | INVICTUS RESIDENTIAL POOLER – 2A, a Delaware company, RECOVCO MORTGAGE MANAGEMENT, LLC, a Delaware limited liability company; SPROUT MORTGAGE CORPORATION, a Delaware corporation, SPECIALIZED LOAN SERVICING LLC a Delaware limited liability company; NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company; et al. | |
   | Defendant | |

1

1  TO THE COURT, DEFENDANT, AND THEIR COUNSEL OF RECORD:

2  NOTICE IS HEREBY GIVEN that on February 16, 2022 in the matter of Tashjian v. Planet

3  Home Lending, LLC, case number 20CV371971, as ordered on the December 9, 2020 Motion for

4  Preliminary Injunction hearing, Plaintiff has posted bond of $304,000 to the Santa Clara County

5  Court. On February 22, 2022, the bond was issued in favor of US District Court of the Northern

6  District. Exhibit A attached hereto is a true and correct copy bond payment receipt.

7  DATED: February 22, 2022                    Respectfully submitted,

8                                               SHAPERO LAW FIRM

9                                               /s/ Sarah Shapero
10                                              Sarah Shapero, Esq.
                                                Attorney for Plaintiff,
11                                              SHOUSHAN P. TASHJIAN

# EXHIBIT A

## INJUNCTION BOND

Case No. 20CV371971

Bond # 107578585

KNOW ALL BY THESE PRESENTS:

That we, **VAHE TASHJIAN** as Principal(s), and **Travelers Casualty and Surety Company of America**, a corporation authorized to transact surety business in the State of **CONNECTICUT**, as Surety, are held and firmly bound unto **Superior Court of The State of California - County of Santa Clara**, as Obligee, in the maximum penal sum of **Three Hundred and Four Thousand** ( **$304,000.00** ) DOLLARS, lawful money of the United States of America, for the payment of which, well and truly to be made, we bind ourselves, our heirs, legal representatives, successors and assigns, jointly and severally, firmly by these presents.

Whereas, the above named plaintiff has duly applied to this court for a writ of injunction against the defendant in this action, according to the statute in such cases provided.

NOW THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, That, if the said plaintiff shall pay the said defendant such damages as he sustains by reason of said temporary injunction, if the Court finally decided that the said plaintiff is not entitled thereto (or to either or any of them, if more than one defendant), then this obligation shall be void, otherwise to remain in force and effect.

SIGNED AND SEALED this **16** day of **February**, **2022**.

**VAHE TASHJIAN**

By _____ Principal

**Travelers Casualty and Surety Company of America**

By _____
**Russell E. Vance**          Attorney-in-Fact

Producer Name
(Required in Arizona Only)



| Travelers Casualty and Surety Company of America |
|---|
| Travelers Casualty and Surety Company |
| St. Paul Fire and Marine Insurance Company |
| Farmington Casualty Company |

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:** That Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, St. Paul Fire and Marine Insurance Company, and Farmington Casualty Company are corporations duly organized under the laws of the State of Connecticut (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint **Russell E. Vance**, of Hartford, CT, their true and lawful Attorney(s)-in-Fact, to sign, execute, seal and acknowledge the following bond:

Surety Bond No.: 107578585          Principal: VAHE TASHJIAN

**IN WITNESS WHEREOF,** the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this **21st** day of **April, 2021.**



State of Connecticut

By: _____
Robert L. Raney, Senior Vice President

City of Hartford ss.

On this the 21st day of April, 2021, before me personally appeared Robert L. Raney, who acknowledged himself to be the Senior Vice President of each of the Companies, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of said Companies by himself as a duly authorized officer.

**IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

My Commission expires the **30th** day of **June, 2026**

Anna P. Nowik, Notary Public

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of each of the Companies, which resolutions are now in full force and effect, reading as follows:

**RESOLVED,** that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED,** that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED,** that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED,** that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, **Kevin E. Hughes**, the undersigned, Assistant Secretary of each of the Companies, do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which remains in full force and effect.

Dated this **02** day of **February, 2022**.



Kevin E. Hughes, Assistant Secretary

To verify the authenticity of this Power of Attorney, please call us at 1-800-421-3880.
Please refer to the above-named Attorney(s)-in-Fact and the details of the bond to which this Power of Attorney is attached.



License No. _____

## RIDER

To be attached to and form part of Bond No. **107578585**                    .

Issued on behalf of **Vahe Tashjian**                                             as Principal, and in favor of
**US District Court for the Northern District of California**                                          as Obligee.

It is agreed that:

☐ 1. The Surety hereby gives its consent to change the Name:

   from: _____
   to:   _____

☐ 2. The Surety hereby gives its consent to change the Address:

   from: _____
   to:   _____

☒ 3. The Surety hereby gives its consent to change the **Obligee**                              :

   from: **Superior Court of the State of California - County of Santa Clara**              
   to:   **US District Court for the Northern District of California**                          

4. This rider shall become effective as of ____**February 22, 2022**____

PROVIDED, however, that the liability of the Surety under the attached bond as changed by this Rider shall not be cumulative.

Signed, sealed and dated ____**February 22, 2022**____ .

**Travelers Casualty and Surety Company of America**

By: *Barry Cohen*
    **Barry Cohen**                              Attorney-in-Fact

Accepted: **US District Court for the Northern District of California**   or   **Vahe Tashjian**
          Obligee                                                              Principal

By: _____   By: _____

S-4111 (8/66)