Sarah Shapero (Bar No. 286748)
SHAPERO LAW FIRM
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone:    (415) 273-3504
Facsimile:    (415) 358-4116

Attorney for Plaintiff,
VAHE TASHJIAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHE TASHJIAN, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>INVICTUS RESIDENTIAL POOLER – 2A, a Delaware company, RECOVCO MORTGAGE MANAGEMENT, LLC, a Delaware limited liability company; SPROUT MORTGAGE CORPORATION, a Delaware corporation, SPECIALIZED LOAN SERVICING LLC a Delaware limited liability company; NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company; et al.<br>        Defendant | Case No. 5:19-cv-01536-EJD<br>Case No. 5:20-cv-08816-EJD<br><br>**JOINT STIPULATION TO CONTINUE DEADLINES** |

## STIPULATION

Plaintiff Vahe Tashjian ("Plaintiff") and Defendants NewRez LLC fka New Penn Financial, LLC dba Shellpoint Mortgage Servicing ("Shellpoint"), Invictus Residential Pooler Trust 2A ("Invictus"), Specialized Loan Servicing LLC ("SLS"), Recovco Mortgage Management LLC, Planet Home Lending, LLC, Sprout Mortgage Corp., and Prestige Default Services, LLC ("Defendants") (collectively, the "Parties") hereby respectfully request an order

/ / /

continuing the discovery, motion, and other related deadlines contained in the current scheduling order. (Dkt. 120) The Parties also request the upcoming Settlement Conference with the magistrate scheduled for May 5, 2022 be continued. The Parties' request is made on the following grounds:

1. On February 11, 2022, this Court entered a scheduling order enumerating the current deadlines. Since that date, the Parties have scheduled the depositions of certain witnesses, including Plaintiff, but due to the unavailability of the witnesses and trial counsel, the depositions were moved or postponed.

2. The current scheduling order contains a fact-discovery cut-off of May 17, 2022, with expert discovery to begin shortly thereafter. (Dkt. 120) Further, the scheduling order provides for a motion cut off on August 15, 2022, with a trial date in December.

3. The parties have worked diligently to conduct written discovery and to obtain documents from each other. In addition, the parties have obtained significant discovery through subpoenas on third parties. The parties have taken, have noticed and are in the process of scheduling additional depositions of third parties.

4. Further, Defendants had noticed the depositions of Plaintiff and an entity he controls for May 3 and May 4, 2022. Both were scheduled to proceed prior to the currently scheduled Settlement Conference. However, these depositions had to be rescheduled because of Plaintiff's unanticipated unavailability.

5. Thus, because the Parties need both party and nonparty testimony in order to evaluate their respective positions for resolution, law and motion and trial, the Parties believe that a continuance will be in the best interests of the Parties.

6. There is also a Settlement Conference with the magistrate judge scheduled for May 5, 2022. However, the Parties believe a Settlement Conference would be more fruitful if it occurred after certain depositions take place.

155854.00612/128722551v.1

7. The Parties jointly agree that it would serve the interest of justice and conserve party resources to continue the discovery-related deadlines and other deadlines to enable to parties to complete depositions and to move the expert-discovery deadlines.

8. This is the sixth stipulation requesting a continuance of the pretrial dates. The Parties have met and conferred regarding this Stipulation and all Parties stipulate and agree to the following proposed deadlines:

| Event | Current Deadline/Date | Proposed Stipulation Deadline/Date |
|---|---|---|
| Fact Discovery Cut-Off | May 17, 2022 | August 15, 2022 |
| Settlement Conference | May 5, 2022 | August 17, 2022 |
| Opening Expert Designation | May 31, 2022 | August 29, 2022 |
| Rebuttal Expert Designation | July 1, 2022 | September 29, 2022 |
| Expert Discovery Cut-Off | July 31, 2022 | October 31, 2022 |
| Dispositive Motion Cut-Off | August 15, 2022 | November 21, 2022 |
| Anticipated Hearing on Dispositive Motions | October, 2022 | January, 2023 |
| Trial | December, 2022 | March, 2023 |

DATED: April 27, 2022         SHAPERO LAW FIRM

By: */s/ Sarah Shapero*
    Sarah Shapero
    Attorneys for Plaintiff
    Vahe Tashjian

DATED: April 27, 2022         BLANK ROME LLP

By: */s/ Nicole Metral*
    Michael Iannucci
    Nicole Metral

| | | |
|---|---|---|
| 1 | | Allen Ho |
| 2 | | Attorneys for Defendants |
| | | Recovco Mortgage Management, LLC, Planet Home Lending, LLC, and Sprout Mortgage Corp. |
| 3 | | |
| 4 | | |
| 5 | DATED: April 27, 2022 | YU | MOHANDESI LLP |
| 6 | | By: */s/ Pavel Ekmekchyan* |
| 7 | | Pavel Ekmekchyan |
| | | Attorneys for Defendants |
| 8 | | Specialized Loan Servicing LLC; |
| 9 | | |
| 10 | DATED:  April  27, 2022 | KLINEDINST PC |
| 11 | | |
| 12 | | By: */s/ Christine Howson* |
| | | Ian A. Rambarran |
| 13 | | Christine E. Howson |
| | | Attorneys for Defendants |
| 14 | | NewRez LLC fka New Penn Financial LLC  dba Shellpoint Mortgage Servicing; and |
| 15 | | Invictus Residential Pooler Trust 2A |

155854.00612/128722551v.1