Ian A. Rambarran, Bar No. 227366
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
T. (916) 444-7573; F: (916) 444-7544
Email: irambarran@klinedinstlaw.com

Christine E Howson, Bar No. 137806
KLINEDINST PC
2 Park Plaza, Suite 1250
Irvine, California 92614
T: (714) 542-1800 F: (714) 542-3592
Email: chowson@klinedinstlaw.com

Attorneys for Defendants INVICTUS
RESIDENTIAL POOLER - 2A and
NEWREZ LLC fka New Penn Financial
LLC dba Shellpoint Mortgage Servicing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| VAHE TASHJIAN, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>INVICTUS RESIDENTIAL POOLER - 2a, a Delaware company; RECOVCO MORTGAGE MANAGEMENT, LLC, a Delaware limited liability company; SPROUT MORTGAGE CORPORATION; a Delaware corporation; SPECIALIZED LOAN SERVICING, LLC, a Delaware limited liability company; NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company, and DOES 1-100, | Lead Case No. 5:19-cv-01536-EJD; Consolidated with Case No.: 5:20-cv-08816-EJD<br><br>**NOTICE OF APPEARANCE BY CHRISTINE E. HOWSON ON BEHALF OF DEFENDANTS INVICTUS RESIDENTIAL POOLER – 2A, AND NEWREZ LLC**<br><br>Judge:    Hon. Edward J. Davila<br>Crtrm.:    4 (5th – Floor)<br>Trial Date:  None Set |

NOTICE OF APPEARANCE BY CHRISTINE E. HOWSON ON BEHALF OF DEFENDANTS
INVICTUS RESIDENTIAL POOLER – 2A AND NEWREZ LLC

1         Defendants.

2 **TO THIS HONORABLE DISTRICT COURT AND ALL PARTIES AND**

3 **ATTORNEYS OF RECORD:**

4       PLEASE TAKE NOTICE that Christine E. Howson of KLINEDINST PC,

5 hereby requests that the Clerk of the Court enter Ms. Howson as attorney of record

6 for Defendants INVICTUS RESIDENTIAL POOLER – 2A, and NEWREZ LLC fka

7 NEW PENN FINANCIAL LLC dba SHELLPOINT MORTGAGE SERVICIN, in the

8 above-entitled case.  All notices and other materials relevant to this case should also

9 be directed to and served upon the following:

10      Christine E Howson, Bar No. 137806

11      KLINEDINST PC
     2 Park Plaza, Suite 1250

12      Irvine, CA  92614
     T. (714) 542-1800; F: (714) 542-3592

13      Email: chowson@klinedinstlaw.com

14

15                 KLINEDINST PC

16

17

18 DATED:  May 6, 2022      By:    _Christine E. Howson_

19                     Ian A. Rambarran

20                     Christine E Howson
                    Attorneys for Defendants INVICTUS

21                     RESIDENTIAL POOLER - 2A, and

22                     NEWREZ LLC fka New Penn Financial
                    LLC dba Shellpoint Mortgage Servicing

23 20796607.1

24

25

26

27

28

NOTICE OF APPEARANCE BY CHRISTINE E. HOWSON ON BEHALF OF DEFENDANTS
INVICTUS RESIDENTIAL POOLER – 2A AND NEWREZ LLC

<u>**CERTIFICATE OF SERVICE**</u>
**Tashjian v. Invictus Residential Pooler, et al.**
**Case No. 5:19-cv-01536-EJD**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California.  My business address is 2 Park Plaza, Suite 1250, Irvine, California 92614.

On May 6, 2022, I served true copies of the following document(s) described as **NOTICE OF APPEARANCE BY CHRISTINE E. HOWSON ON BEHALF OF DEFENDANTS INVICTUS RESIDENTIAL POOLER – 2A, AND NEWREZ** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 6, 2022, at Irvine, California.

_B. Espinoza_

_____
Barbara E Espinoza-Garcia

NOTICE OF APPEARANCE BY CHRISTINE E. HOWSON ON BEHALF OF DEFENDANTS
INVICTUS RESIDENTIAL POOLER – 2A AND NEWREZ LLC

1

**SERVICE LIST**
**Tashjian v. Invictus Residential Pooler, et al.**
*Case No. 5:19-cv-01536-EJD*

2

3

4

Sarah E. Shapero                          *Attorneys for Plaintiff, VAHE*
SHAPERO LAW FIRM                          *TASHJIAN*

5

6

100 Pine St., Suite 530
San Francisco, CA 94111

7

Tel.: (415) 273-3504;
Fax: (415) 358-4116

8

9

Email: sarah@shaperolawfirm.com

10

Nicole B. Metral                          *Attorneys for Defendant, RECOVO*
BLANK ROME LLP                            *MORTGAGE MANAGEMENT,*

11

2029 Century Park East, 6th Floor         *LLC; PLANET HOME LENDING,*
Los Angeles, CA 90067                     *LLC; and SPROUT MORTGAGE*

12

Tel.: 424.239.3400                        *ASSET TRUST*

13

Fax: 424.239.3434

14

Email: nbmetral@blankrome.com

15

Michael A. Iannucci (admitted *pro hac vice*)

16

One Logan Square
Philadelphia, PA 19103

17

Tel.: 215.569.5500
Fax: 215.569.5555

18

Email: iannucci@blankrome.com

19

20

Shannon C. Williams                       *Attorneys for Defendants,*
Rachel Witcher                            *PRESTIGE DEFAULT SERVICES,*

21

Ghidotti Berger LLP                       *LLC*

22

1920 Old Tustin Avenue
Santa Ana, CA 92705

23

Tel.: (949) 427-2010

24

Fax: (949) 427-2732
Email: swilliams@ghidottiberger.com

25

rwitcher@ghidottiberger.com

26

27

28

2                          Case No. 5:19-cv-01536-EJD
NOTICE OF APPEARANCE BY CHRISTINE E. HOWSON ON BEHALF OF DEFENDANTS
INVICTUS RESIDENTIAL POOLER – 2A AND NEWREZ LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pavel Ekmekchyan
Sara Stratton
Yu Mohandesi LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA  90071
Tel.: (213) 985-2007
Fax: (213) 377-5501
Email: pavel@yumollp.com
sstratton@yumollp.com

*Attorneys for Defendant*
*SPECIALIZED LOAN SERVICING,*
*LLC*

3

NOTICE OF APPEARANCE BY CHRISTINE E. HOWSON ON BEHALF OF DEFENDANTS
INVICTUS RESIDENTIAL POOLER – 2A AND NEWREZ LLC