**ZBS LAW, LLP**
Bradford E. Klein (SBN 259252)
bklein@zbslaw.com
Magdalena D. Kozinska (SBN 258403)
mkozinska@zbslaw.com
30 Corporate Park, Suite 450
Irvine, CA 92606
Telephone: 714.848.7920
Facsimile:  714.908.2615

*Attorneys for Defendants*
RECOVCO MORTGAGE MANAGEMENT, LLC;
PLANET HOME LENDING, LLC; and
SPROUT MORTGAGE ASSET TRUST

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| VAHE TASHJIAN, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>INVICTUS RESIDENTIAL POOLER-2A, a Delaware company, et al.,<br><br>　　　　　　Defendants. | Lead Case No. 5:19-cv-01536-EJD; consolidated with Case No.: 5:20-cv-08816-EJD<br><br>**JOINT STIPULATION TO CONTINUE OCTOBER 14, 2022 DISCOVERY CUTOFF AND OTHER DEADLINES**<br><br>Complaint Filed: 3/11/19<br>Consolidated Complaint Filed: 10/9/20<br>Trial Date: None Set |
| VAHE TASHJIAN, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PLANET HOME LENDING, LLC, a Connecticut limited company, et al.,<br><br>　　　　　　Defendants. | |

155854.00601/129586831v.1

**STIPULATION**

Defendants Recovco Mortgage Management, LLC ("Recovco"); Planet Home Lending, LLC ("Planet Home"); Sprout Mortgage Asset Trust, NewRez LLC fka New Penn Financial, LLC dba Shellpoint Mortgage Servicing ("Shellpoint"); Invictus Residential Pooler Trust 2A; Specialized Loan Servicing LLC ("SLS"); and Prestige Default Services, LLC (collectively, "Defendants") and Plaintiff Vahe Tashjian ("Plaintiff") (collectively, the "Parties") hereby respectfully request an order continuing the discovery, motion, and other related deadlines contained in the current scheduling order (Dkt. 132). The Parties also request the upcoming Settlement Conference with the magistrate scheduled for October 17, 2022 be continued. The Parties' request is made on the following grounds:

1. On April 29, 2022, this Court entered a scheduling order enumerating the current deadlines. Since that date, the Parties have conducted significant discovery, including taking a number of depositions and issuing third-party subpoenas. Even more are scheduled to take place later this week and next.

2. The gravamen of Plaintiff's claims in the consolidated cases arise from the mortgage loan on Plaintiff's property located at 901 Loyola Drive, Los Altos, California, 94024 (the "Property") that was entered into by Plaintiff and Recovco on January 30, 2018 (the "Loan").

3. In February 2018, Plaintiff received notice from SLS that it was acting as the Loan servicing agent.

4. On May 4, 2018, Plaintiff received correspondence from Shellpoint confirming that the Loan had been transferred to Shellpoint from SLS.

5. Thereafter, Sprout became the beneficiary of the Loan and Planet Home became the servicer.

6. On August 2, 2022, the Loan was sold to a third-party who is not a party to the case – ARCPE. After purchasing the Loan, ARCPE began its process of

reviewing the case file and background facts, and initially sought to obtain new counsel to represent Recovco, Sprout, and Planet Home.  As a result, Blank Rome LLP withdrew/substituted out of these cases on or around August 24, 2022.

7. As ARCPE's review of the case background and files has continued in good faith, it has come to the determination that: (1) additional time will be required for ARCPE's principals and personnel to fully familiarize itself with the long and complicated history of the Loan at issue in these lawsuits, and (2) Blank Rome is the most appropriate trial counsel to represent Recovco, Sprout, and Planet Home given its experience and familiarity with the case.  Given these developments, as well as the impending case deadlines (including the current fact discovery cutoff of October 14, 2022), the Parties agree, subject to the Court's approval, to continue the current dates and deadlines to allow time for the re-substitution of Blank Rome, and so that Blank Rome can reintegrate itself into the case and prepare for the remaining depositions.  Moreover, adjourning the settlement conference will allow ARCPE to assess any potential settlement position (if any), which will not be possible given the current October 17, 2022 date.

8. As such, the Parties request a 45-day continuance of all dates and deadlines.

9. The current scheduling order contains a fact-discovery cut-off of **October 14, 2022**, with expert discovery to begin shortly thereafter (Dkt. 132). Further, the scheduling order provides for a motion cut off on **January 20, 2023**, with an anticipated trial date in **May 2023**.

10. The Parties jointly agree that it would serve the interest of justice and conserve party resources to continue the discovery-related deadlines and other deadlines to enable new counsel to join the case prior to completing depositions and to move the expert-discovery deadlines.

11. The Parties have met and conferred regarding this Stipulation and all Parties stipulate and agree to the following proposed deadlines:

| Event | Current Deadline/Date | Proposed Stipulation Deadline/Date |
|---|---|---|
| Fact Discovery Cut-Off | October 14, 2022 | November 28, 2022 |
| Settlement Conference | October 17, 2022 | December 1, 2022 |
| Opening Expert Designation | October 28, 2022 | December 12, 2022 |
| Rebuttal Expert Designation | November 28, 2022 | January 12, 2023 |
| Expert Discovery Cut-Off | December 30, 2022 | February 13, 2023 |
| Dispositive Motion Cut-Off | January 20, 2023 | April 7, 2023 |
| Anticipated Hearing on Dispositive Motions | March, 2023 | May, 2023 |
| Trial | May, 2023 | July, 2023 |

DATED: September 19, 2022         ZBS LAW, LLP

By: ___/s/Magdalena D. Kozinska___
    Bradford E. Klein
    Magdalena D. Kozinska
*Attorneys for Defendants*
RECOVCO MORTGAGE MANAGEMENT, LLC; PLANET HOME LENDING, LLC; and SPROUT MORTGAGE ASSET TRUST

1 | DATED: September 19, 2022 | **SHAPERO LAW FIRM**

By: /s/Sarah Shapero
Sarah Shapero
*Attorneys for Plaintiff*
VAHE TASHJIAN

DATED: September 19, 2022 | **YU | MOHANDESI LLP**

By: /s/Sara Stratton
Sara Stratton
*Attorneys for Defendants*
SPECIALIZED LOAN SERVICING LLC

DATED: September 19, 2022 | **KLINEDINST PC**

By: /s/ Christine E. Howson
Ian A. Rambarran
Christine E. Howson
*Attorneys for Defendants*
NEWREZ LLC FKA NEW PENN
FINANCIAL LLC DBA SHELLPOINT
MORTGAGE SERVICING; AND INVICTUS
RESIDENTIAL POOLER TRUST 2A

DATED: September 19, 2022 | **GHIDOTTI BERGER LLP**

By: /s/Rachel Wichter
Rachel Wichter
*Attorneys for Defendant*
PRESTIGE DEFAULT SERVICES, LLC

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by ZBS LAW, LLP, whose business address is: 30 Corporate Park, Suite 450, Irvine, CA 92606.

On September 19, 2022, I served the within document(s) described as: **JOINT STIPULATION TO CONTINUE OCTOBER 14, 2022 DISCOVERY CUTOFF AND OTHER DEADLINES** on the interested parties in this action:

☒    by serving electronically via CM/ECF as indicated below, to the email addresses
☐ addressed as follows: ☒ addressed as stated on the attached mailing list.

### [SEE ATTACHED SERVICE LIST]

☒    **CM/ECF** (U.S. District Court, Southern District of California, Local Civil Rule 5.4c)—The NEF that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document(s) on registered users. All parties who are not registered, if any, were served in the manner set forth above.

☒    (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 19, 2022, at Irvine, California.

                                                 */s/Kimberly A. Bowers*
                                                 KIMBERLY A. BOWERS

## SERVICE LIST

| Name & Contact Information | Role |
|---|---|
| Sarah Elizabeth Shapero<br>Shapero Law Firm<br>One Market Street, Spear Tower, 36th Floor<br>San Francisco, CA 94105<br><br>Tel:    (415) 293-7995<br>Email:  sarah@shaperolawfirm.com | *Attorneys for Plaintiff, VAHE TASHJIAN* |
| William Joseph Idleman<br>Scheer Law Group, LLP<br>155 N. Redwood Drive, Suite 100<br>San Rafael, CA 94903<br><br>Tel:    (415) 491-8900<br>Email:  wildeman@scheerlawgroup.com | *Attorneys for Defendants, INVICTUS RESIDENTIAL POOLER-2A, NEW PENN FINANCIAL LLC AND SPECIALZIED LOAN SERVICING LLC* |
| Pavel Ekmekchyan<br>Sara Stratton<br>Yu Mohandesi LLP<br>633 West Fifth Street, Suite 2800<br>Los Angeles, CA 90067<br><br>Tel:    (213) 985-2007<br>Email:  pavel@yumollp.com<br>        sara@yumollp.com | *Attorneys for Defendant, INVICTUS RESIDENTIAL POOLER-2A, NEW PENN FINANCIAL LLC AND SPECIALZIED LOAN SERVICING LLC* |
| Katelyn Burnett<br>Rachel C. Witcher<br>Ghidotti Berger LLP<br>1920 Old Tustin Avenue<br>Santa Ana, CA 92705<br><br>Tel:    (949) 427-2010<br>Fax:    (949) 427-2732<br>Email:  kburnett@ghidottiberger.com | *Attorneys for Defendant, PRESTIGE DEFAULT SERVICES, LLC* |
| Ian Rambarran<br>Christine Elizabeth Howson<br>Klinedinst<br>2 Park Plaza, Suite 1250<br>Irvine, CA 92614<br><br>Tel:    (949) 868-2600<br>Direct: (949) 868-2584<br>Email:  Irambarran@klinedinstlaw.com<br>        Chowson@klinedinstlaw.com | *Attorneys for Defendants NEWREZ LLC FKA NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE SERVICING; AND INVICTUS RESIDENTIAL POOLER TRUST 2A* |