Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM, PC
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone: (415) 273-3504
Facsimile: (415) 273-3508

*Attorneys for Plaintiff*

*Vahe Tashjian*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| VAHE TASHJIAN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INVICTUS RESIDENTIAL POOLER-2A, a Delaware company, et al.,<br><br>　　　　　Defendants. | Lead Case No. 5:19-cv-01536-EJD; consolidated with Case No.: 5:20-cv-08816-EJD<br><br>**JOINT STIPULATION TO CONTINUE NOVEMBER 30, 2022 DISCOVERY CUTOFF AND OTHER DEADLINES**<br><br>Complaint Filed: 3/11/19<br>Consolidated Complaint Filed: 10/9/20<br>Trial Date: None Set |
| VAHE TASHJIAN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PLANET HOME LENDING, LLC, a Connecticut limited company, et al.,<br><br>　　　　　Defendants. | |

155854.00601/129945242v.1

**JOINT STIPULATION TO CONTINUE NOVEMBER 30, 2022 DISCOVERY CUTOFF AND OTHER DEADLINES**

**STIPULATION**

Defendants Recovco Mortgage Management, LLC ("Recovco"); Planet Home Lending, LLC ("Planet Home"); Sprout Mortgage Asset Trust, NewRez LLC fka New Penn Financial, LLC dba Shellpoint Mortgage Servicing ("Shellpoint"); Invictus Residential Pooler Trust 2A; Specialized Loan Servicing LLC ("SLS"); and Prestige Default Services, LLC (collectively, "Defendants") and Plaintiff Vahe Tashjian ("Plaintiff") (collectively, the "Parties") hereby respectfully request an order continuing the discovery, motion, and other related deadlines contained in the current scheduling order (Dkt. 142). The Parties also request the upcoming Settlement Conference with the magistrate scheduled for November 30, 2022 be continued. The Parties' request is made on the following grounds:

1. On April 29, 2022, this Court entered a scheduling order enumerating the discovery deadlines in this action. Since that date, the Parties have conducted significant discovery, including taking a number of depositions and issuing/receiving responses to additional third-party subpoenas.

2. On September 19, 2022, the Parties stipulated to a continuance of the dates in the April 29, 2022 scheduling order, and the Court granted the stipulation on September 20, 2022.

3. The gravamen of Plaintiff's claims in the consolidated cases arise from the mortgage loan on Plaintiff's property located at 901 Loyola Drive, Los Altos, California, 94024 (the "Property") that was entered into by Plaintiff and Recovco on January 30, 2018 (the "Loan"). Nearly all discovery has been completed, excluding Plaintiff's deposition and an additional third-party deposition of, Dutchints Development LLC ("Dutchints"). However, the need for additional discovery may arise following these two depositions.

4. Plaintiff's deposition was scheduled to take place on November 11, 2022. However, due to other pending actions involving Plaintiff, Plaintiff was unable to attend his deposition. In addition, the day prior to the deposition on November 10, 2022, Plaintiff stated he would not appear for his deposition the next day without his criminal defense counsel in attendance based on other pending actions and his criminal defense counsel was not reportedly available for Plaintiff's deposition on November 11, 2022. The parties immediately attempted to re-schedule Plaintiff's

1  deposition prior to the existing discovery cut-off date.  However, Plaintiff's counsel advised the criminal defense attorney has no available dates prior to the discovery cut-off and reiterated Plaintiff would not appear for any deposition if his criminal defense attorney was not present.  Plaintiff has now agreed to sit for his deposition by no later than December 20, 2022, subject to the Parties' availability.  However, this is after the existing discovery cut-off date.

5. As such, the Parties request a 45-day continuance of the discovery cut-off deadline. Based on this requested continuance of the discovery cut-off deadline, the Parties further request that the remaining deadlines be continued by 45-days as well.

6. The current scheduling order contains a fact-discovery cut-off of **November 28, 2022**, with expert discovery to begin shortly thereafter (Dkt. 142). Further, the scheduling order provides for a motion cut off on **April 7, 2023**, with an anticipated trial date in **July 2023**.

7. In light of the foregoing, the Parties jointly agree that at this point it would serve the interest of justice and conserve party resources to continue the discovery cut-off deadline, and to continue the remaining related case deadlines.

8. The Parties have met and conferred regarding this Stipulation and all Parties stipulate and agree to the following proposed deadlines:

| Event | Current Deadline/Date | Proposed Stipulation Deadline/Date |
|---|---|---|
| Fact Discovery Cut-Off | November 28, 2022 | January 16, 2023 |
| Settlement Conference | December 1, 2022 | January 31, 2023 |
| Opening Expert Designation | December 12, 2022 | February 15, 2023 |
| Rebuttal Expert Designation | January 12, 2023 | March 15, 2023 |
| Expert Discovery Cut-Off | February 13, 2023 | April 14, 2023 |
| Dispositive Motion Cut-Off | April 7, 2023 | July 7, 2023 |

| | | |
|---|---|---|
| Anticipated Hearing on Dispositive Motions | May, 2023 | August, 2023 |
| Trial | July, 2023 | September, 2023 |

DATED: November 21, 2022            **BLANK ROME, LLP**

By: *Nicole Metral*
    Michael Iannucci
    Nicole Metral
    Allen Ho
*Attorneys for Defendants*
RECOVCO MORTGAGE MANAGEMENT, LLC; PLANET HOME LENDING, LLC; and SPROUT MORTGAGE ASSET TRUST

DATED: November 21, 2022            **SHAPERO LAW FIRM**

By: *Sarah Shapero*
    Sarah Shapero
*Attorneys for Plaintiff*
VAHE TASHJIAN

DATED: November 21, 2022            **YU | MOHANDESI LLP**

By: *Sara Stratton*
    Pavel Ekmekchyan
    Sara Stratton
*Attorneys for Defendants*
SPECIALIZED LOAN SERVICING LLC

1  DATED: November 21, 2022        **KLINEDINST PC**

2

3                                   By: *Christine Howson*
                                        Ian A. Rambarran
4                                       Christine E. Howson
                                    *Attorneys for Defendants*
5                                   NEWREZ LLC FKA NEW PENN FINANCIAL LLC
                                    DBA SHELLPOINT MORTGAGE SERVICING; AND
6                                   INVICTUS RESIDENTIAL POOLER TRUST 2A

7

8

9  DATED: November 21, 2022        **GHIDOTTI BERGER LLP**

10

11                                  By: *Rachel Witcher*
                                        Rachel Witcher
12                                  *Attorneys for Defendant*
                                    PRESTIGE DEFAULT SERVICES, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28