UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHE TASHJIAN,<br><br>        Plaintiff,<br><br>    v.<br><br>INVICTUS RESIDENTIAL POOLER - 2A, et al.,<br><br>        Defendants. | Case No. 19-cv-01536-EJD   (SVK)<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 159 |

On February 6, 2023, Plaintiff Vahe Tashjian failed to appear for a court-ordered deposition under the supervision of the under-signed. Dkt. 159. All other Parties and counsel for Plaintiff appeared as ordered. Accordingly, Plaintiff Vahe Tashjian is **ORDERED TO SHOW CAUSE** on **February 9, 2023 at 11 a.m. via Zoom Webinar** as to why sanctions should not issue, including monetary and terminating sanctions, for violation of this Court's order.

Zoom link:
https://canduscourts.zoomgov.com/j/1613982797?pwd=QkRjaGdHbmNNbDJBcWNxRkNLbVB3QT09 Webinar ID: 161 398 2797 Password: 534805

    **SO ORDERED.**

Dated: February 7, 2023

SUSAN VAN KEULEN
United States Magistrate Judge