**BLANK ROME LLP**
Nicole B. Metral (SBN 286606)
Nicole.metral@blankrome.com
Rachael G. Weatherly (SBN 327619)
rachael.weatherly@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:    424.239.3434

Michael A. Iannucci (admitted *pro hac vice*)
iannucci@blankrome.com
One Logan Square
Philadelphia, PA 19103
Telephone:   215.569.5500
Facsimile:    215.569.5555

*Attorneys for Defendant*
PLANET HOME LENDING, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| VAHE TASHJIAN, an individual,<br><br>                   Plaintiff,<br><br>     v.<br><br>INVICTUS RESIDENTIAL POOLER-2A, et al.,<br><br>                   Defendants. | Case No. 5:19-cv-01536-EJD<br>Consolidated with:<br>Case No. 5:20-cv-08816-EJD<br><br>**DEFENDANT PLANET HOME LENDING, LLC'S UPDATED STATUS REPORT** |
| VAHE TASHJIAN, an individual,<br><br>                   Plaintiff,<br><br>     v.<br><br>PLANET HOME LENDING, LLC, et al.,<br><br>                   Defendants. | |

1. Defendant Planet Home Lending, LLC ("Planet Home") is providing the Court with an updated Status Report following the Status Conference on July 20, 2023.

2. The parties continue to speak directly with Magistrate Judge Susan van Keulen. Plaintiff's counsel has informed the undersigned that during the week of August 7, 2023, the Magistrate Judge's Chambers will be providing proposed dates to Plaintiff's counsel for a Settlement Conference to be scheduled with the Magistrate Judge. Once the parties receive those dates, the parties will discuss a new proposed schedule to modify the current deadline of August 10, 2023 for filing dispositive motions and *Daubert* motions, as discussed with the Court during the Status Conference on July 20, 2023. In the event that the parties do not file the proposed schedule to modify the August 10 deadline for dispositive motions and *Daubert* motions by August 10, the parties will treat the deadline as continued pending submission of the proposed schedule.

Respectfully submitted,

Dated: August 3, 2023

**BLANK ROME LLP**

By: _____
Michael A. Iannucci
Nicole B. Metral
Rachael G. Weatherly
*Attorneys for Defendant*
PLANET HOME LENDING, LLC

**DEFENDANT PLANET HOME LENDING, LLC'S UPDATED STATUS REPORT**