**YU | MOHANDESI LLP**

**Pavel Ekmekchyan** (SBN 223222)
213.985.2007 | pavel@yumollp.com
**Sara E. Stratton** (SBN 301294)
213.985.2005 | sstratton@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
Specialized Loan Servicing LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHE TASHJIAN, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INVICTUS RESIDENTIAL POOLER – 2A, a Delaware company, RECOVCO MORTGAGE MANAGEMENT, LLC, a Delaware limited liability company; *et al.*<br><br>　　　　Defendants.<br><br>―――<br><br>VAHE TASHJIAN, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>PLANET HOME LENDING, LLC, a Connecticut limited company, et al.,<br><br>　　　　　　　　Defendants. | Lead Case No. 5:19-cv-01536-EJD<br>Consolidated with Case No.: 5:20-cv-08816-EJD<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT SPECIALIZED LOAN SERVICING LLC**<br><br>Complaint Filed:　March 11, 2019<br>Removed:　　　　March 25, 2019<br>Trial Date:　　　　None set |

NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES AND THEIR ATRORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Plaintiff Vahe Tashjian ("Plaintiff") and Defendant Specialized Loan Servicing LLC ("Defendant" and collectively with Plaintiff, the "Parties"), have reached a settlement in principle of this matter. The Parties intend to finalize and execute a confidential settlement agreement and release based on their settlement. The Parties anticipate that Plaintiff will file a dismissal with prejudice as to Defendant within the next sixty (60) days by October 23, 2023.

To the extent a dismissal is not filed by October 23, 2023, the Parties request that the Court dismiss this action with prejudice unless the Parties file a joint report with the Court addressing the status of settlement on or before October 23, 2023.

DATED:  August 23, 2023          **YU | MOHANDESI LLP**


By: */s/ Pavel Ekmekchyan*
   Pavel Ekmekchyan
   *Attorneys for Defendant*
   SPECIALIZED LOAN SERVICING LLC


DATED:  August 23, 2023          **SHAPERO LAW FIRM, PC**

By: */s/ Sarah Shapero*
   Sarah Shapero
   *Attorneys for Plaintiff*
   VAHE TASHJIAN

**CERTIFICATE OF SERVICE**

     I certify that on August 23, 2023, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: August 23, 2023

                                                 */s/ Pavel Ekmekchyan*
                                                 Pavel Ekmekchyan