Sarah Shapero (Bar No. 286748)
SHAPERO LAW FIRM
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone:    (415) 273-3504
Facsimile:    (415) 273-3508

Attorney for Plaintiff,
VAHE TASHJIAN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHE TASHJIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INVICTUS RESIDENTIAL POOLER – 2A, a Delaware company, RECOVCO MORTGAGE MANAGEMENT, LLC, a Delaware limited liability company; SPROUT MORTGAGE CORPORATION, a Delaware corporation, SPECIALIZED LOAN SERVICING LLC a Delaware limited liability company; NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company; et al.<br>                                 Defendant | Case No. 5:19-cv-01536-EJD<br>Case No. 5:20-cv-08816-EJD<br><br>**JOINT STATUS UPDATE** |

Plaintiff Vahe Tashjian ("Plaintiff") and Defendants Planet Home Lending, LLC ("Planet Home"), Specialized Loan Servicing LLC ("SLS"), Invictus Residential Pooler Trust 2A ("Invictus"), and NewRez LLC fka New Penn Financial, LLC dba Shellpoint Mortgage Servicing ("Shellpoint") jointly submit this Joint Trial Setting Conference Statement pursuant to the Court's July 20, 2023 Minute Entry (Docket Entry 205). The Parties hereby submit the following status report:

1
JOINT STATUS UPDATE

155854.00601/132208110v.2

Plaintiff has agreed to a settlement in principle with Defendants Shellpoint and Invictus and a separate settlement in principle with Defendant SLS. Plaintiff and Defendants Shellpoint, Invictus, and SLS shall be referred to herein as "Settling Parties." Defendants Shellpoint, Invictus, and SLS shall be referred to herein as "Settling Defendants." Because two judgment creditors have filed Notices of Lien in this action, the Settling Parties believe that Plaintiff will need to file a motion as to the settlement ("Motion"), unless the judgment lien creditors consent to the respective settlements.

In light of these circumstances, the Parties agree to the following:

- Defendant Planet Home's deadline to file a dispositive motion shall be October 6, 2023, with a hearing date to be set by the Court at this time on its motion.

- While Plaintiff's Motion is pending, the Settling Defendants request Court's permission to deposit the settlement proceeds in Plaintiff's counsel's client trust account for distribution to Plaintiff and/or the judgment lienholders as the Court deems proper.

- Given the settlements and the anticipated Motion referenced above, Settling Defendants and Plaintiff consider it imprudent to set a briefing schedule or hearing date for Settling Defendants' dispositive motions at this time. However, in the event the case is not dismissed against Settling Defendants prior to or in connection with the Motion, Settling Parties request that a briefing schedule and hearing date be then set for Settling Defendants' dispositive motions.

Dated: September 12, 2023          **SHAPERO LAW FIRM, PC**

By: _____*/s/ Sarah Shapero*_____
Sarah Shapero
*Attorneys for Plaintiff*


Dated: September 12, 2023          **BLANK ROME LLP**

By: _____*/s/ Michael A. Iannucci*_____
Michael A. Iannucci
*Attorneys for Defendant,*
PLANET HOME LENDING, LLC


Dated: September 12, 2023          **YU | MOHANDESI LLP**

By: _____*/s/ Pavel Ekmekchyan*_____
Pavel Ekmekchyan
Sara E. Stratton
*Attorneys for Defendant,*
SPECIALIZED LOAN SERVICING, LLC


Dated: September 12, 2023          **KLINEDINST PC**

By: _____*/s/ Christine E. Howson*_____
Ian A. Rambarran
Christine E. Howson
*Attorneys for Defendants,*
NEWREZ LLC FKA NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE SERVICING; AND INVICTUS RESIDENTIAL POOLER TRUST 2A

155854.00601/132208110v.2